# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 8:05CR257 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **AMANDA NIELSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on motion of J. William Gallup to withdraw as counsel for defendant Amanda Nielson (Filing No. 17). The motion is granted, and Mr. Gallup has leave to withdraw.

**IT IS SO ORDERED.**

DATED this 11th day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge