IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR257 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| AMANDA NIELSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion for an extension of time by defendant Amanda Nielson (Nielson) (Filing No. 22). Nielson seeks an extension of time for approximately thirty days in which to file pretrial motions pursuant to paragraph 3 of the progression order (Filing No. 10). Nielson has submitted an affidavit in accordance with paragraph 9 of the progression order whereby Nielson consents to the motion and acknowledges she understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. Defendant Nielson's motion for an extension of time (Filing No. 22) is granted. Defendant Nielson is given until **on or before August 19, 2005,** in which to file pretrial motions pursuant to the progression order (Filing No. 10). The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **July 21, 2005 and August 19, 2005**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

2. The tentative setting of an evidentiary hearing for 9:00 a.m. on July 28, 2005, is **canceled** and will be re-scheduled in the event any pretrial motions are filed in accordance with this order.

DATED this 21st day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge