IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR257 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| AMANDA NIELSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motions for an extension of time by defendant Amanda Nielson (Nielson) (Filing No. 26). Nielson seeks an extension of time of seven days in which to file pretrial motions pursuant to paragraph 3 of the progression order. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

Defendant Nielson's motion for an extension of time (Filing No. 26) is granted. Defendant Nielson is given until **on or before August 26, 2005,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **August 22, 2005 and August 26, 2005**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 22nd day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge