# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:05CR257** |
| **vs.** | ) | |
| | ) | **TRIAL ORDER** |
| **AMANDA NIELSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**IT IS ORDERED**:

1.   The above-entitled case is scheduled for a jury trial before the Honorable Laurie Smith Camp, District Court Judge, to begin **Tuesday, November 1, 2005 at 9:00 a.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska; because this is a criminal case, defendant must be present in person.  Counsel will receive more specific information regarding the order of trial from Judge Smith Camp's courtroom deputy, Edward Champion.

2.   Any motions for a continuance of this trial date shall be electronically filed on or before **October 20, 2005** and shall (a) set forth the reasons why the moving party believes that the additional time should be allowed and (b) justify the additional time, ***citing specific references to the appropriate section(s) of the Speedy Trial Act, 18 U.S.C. § 3161 et seq.*** Any defense motion for continuance shall be accompanied by a written affidavit signed by the defendant in accordance with NECrimR 12.1.

3.   Counsel for the United States shall confer with defense counsel and electronically file a status report no later than **October 27, 2005** advising the court of the anticipated length of trial.

**DATED September 30, 2005.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**